No. 99–2018. SONGBYRD, INC. *v.* ESTATE OF GROSSMAN, DBA BEARSVILLE RECORDS. C. A. 2d Cir. Certiorari denied. ■

No. 99–2019. LUIS ESCALERA *v.* TIERCO WATER PARK, INC., DBA WHITE WATER BAY THEME PARK, ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 99–2020. BEN EZRA, WEINSTEIN & CO., INC. *v.* AMERICA ONLINE, INC. C. A. 10th Cir. Certiorari denied. ■

No. 99–2021. KOSKO *v.* ASHWORTH, JUDGE, SUPERIOR COURT OF CALIFORNIA, FAMILY COURT DIVISION, COUNTY OF SAN DIEGO, ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 99–2022. HOOD, WARDEN, ET AL. *v.* KEATING. C. A. 9th Cir. Certiorari denied. ■

No. 99–2023. HORNER, BY AND THROUGH HER FATHER AND NEXT FRIEND, HORNER, ET AL. *v.* KENTUCKY HIGH SCHOOL ATHLETIC ASSN. ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 99–2024. MITCHELL *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 99–2025. EDWARDS *v.* WALTER JONES CONSTRUCTION ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 99–2026. MANISCALCO *v.* HARRINGTON ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. ■

No. 99–2027. BOARD OF EDUCATION OF OAK PARK AND RIVER FOREST HIGH SCHOOL DISTRICT NO. 200 *v.* ILLINOIS STATE BOARD OF EDUCATION. C. A. 7th Cir. Certiorari denied. ■

No. 99–2028. DOE, A MINOR, BY HER PARENTS AND NEXT FRIENDS, DOE ET UX. *v.* ARLINGTON COUNTY SCHOOL BOARD. C. A. 4th Cir. Certiorari denied. ■